IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00613-PSF-BNB

SUSAN WEATHERLY,

Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE, and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. The plaintiff's counsel was allowed to withdraw by order of the district judge on September 15, 2005, and the plaintiff now is proceeding pro se. There are three motions to compel pending, all filed by the defendants. During the status conference I suggested that the plaintiff act promptly to find substitute counsel, and I expressed a willingness to consider scheduling issues after allowing the plaintiff a brief additional period of time to retain substitute counsel. To that end, but in order to keep the case moving toward trial:

IT IS ORDERED that the case is set for a supplemental status conference on **November 10, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Substitute counsel for the plaintiff should have entered its appearance by the time of the status conference.

IT IS FURTHER ORDERED that the following motions are set for hearing at the status conference:

(1) **Motion to Compel Discovery Pursuant to Rule 37**, filed by Allstate Property and Casualty Insurance on August 29, 2005;

(2) **Defendant State Farm's Motion to Compel Discovery Responses from Plaintiff**, filed September 2, 2005;

(3) **Motion to Compel Responses to Defendant State Farm's Interrogatories to Plaintiff**, filed September 8, 2005; and

(4) Plaintiff's **Request for Continuance and Extension on All Matters**, filed October 17, 2005.

Dated October 19, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge